UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 21-2286 DMG (PVC)                                    Date:  February 7, 2022

Title       Stepfon Tyrone Macey v. County of Los Angeles, et al.

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

|  Marlene Ramirez  |  None  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

|  Attorneys Present for Plaintiff:  |  Attorneys Present for Defendants:  |
|---|---|
|  None  |  None  |

**PROCEEDINGS:  [IN CHAMBERS]  ORDER TO SHOW CAUSE WHY THE MAGISTRATE JUDGE SHOULD NOT RECOMMEND THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE**

On March 12, 2021, Plaintiff Stepfon Tyrone Macey, a California resident proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. ("Complaint," Dkt. No. 1).  In the Complaint, Plaintiff raises claims arising from his arrest on July 10, 2020 and subsequent ten-day detention in county jail.  (*Id*. at 5-7).

On October 7, 2021, the Court issued an Order Dismissing Complaint with Leave to Amend due to the Complaint's various pleading defects.  ("ODLA," Dkt. No. 8). Plaintiff was required to file either an amended complaint or a notice of intention to stand on defective complaint by November 8, 2021 if he still wished to pursue this action.  (*See id.* at 25).  The Court expressly warned Plaintiff that the failure to file either an amended complaint or a notice of intention to stand on defective complaint by the Court's deadline would result in a recommendation that this action be dismissed with prejudice for failure to prosecute.  (*See id.*).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 21-2286 DMG (PVC)                                        Date:  February 7, 2022

Title       Stepfon Tyrone Macey v. County of Los Angeles, et al.

Plaintiff subsequently requested, and received, two extensions of time to comply with the Court's ODLA.  (*See* Dkt. Nos. 9 & 11 (extension requests); Dkt. Nos. 10 & 12 (orders granting)).  Pursuant to the most recent extension, Plaintiff was required to file an amended complaint or a notice of intention to stand on defective complaint by January 18, 2022.  (Dkt. No. 12 at 2).  The deadline has expired and Plaintiff has failed to file either document; nor has he requested an extension of time in which to do so.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, within **twenty-one (21) days** of the date of this Order, why the Magistrate Judge should not recommend that this action be dismissed with prejudice for failure to prosecute.  Plaintiff may discharge this Order by filing either:  (1) a First Amended Complaint, curing the deficiencies of the initial Complaint; (2) a Notice of Intention to Stand on Defective Complaint; **or** (3) a declaration under penalty of perjury stating why he is unable to do so.

If Plaintiff no longer wishes to pursue his claims, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a).  **A Notice of Dismissal form is attached for Plaintiff's convenience.**  Plaintiff is cautioned, however, that any dismissed claims may be subject to a statute of limitations defense if he attempts to assert them in a new action at a later date.  Plaintiff is also once again warned that the failure to timely file a response to this Order will result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk of the Court is directed to serve a copy of this Order upon Plaintiff at his address of record.

IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | mr |