**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPFON TYRONE MACEY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　　　Defendants. | Case No. CV 21-2286 FWS (PVC)[1]<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint in the above-captioned matter, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The time for filing Objections to the Report and Recommendation has passed and no Objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　IT IS ORDERED that Judgment shall be entered dismissing this action with prejudice.

---

[1] By Order of the Chief Judge, on April 20, 2022, this matter was transferred from Judge Dolly M. Gee to the calendar of the undersigned District Judge for all further proceedings.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 5, 2022

_____
FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE