# JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPFON TYRONE MACEY,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. CV 21-2286 FWS (PVC)[1]<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: May 5, 2022

_____
FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE

---

[1] By Order of the Chief Judge, on April 20, 2022, this matter was transferred from Judge Dolly M. Gee to the calendar of the undersigned District Judge for all further proceedings.